# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER GORDON,<br><br>　　　　Plaintiff / Counterclaim-Defendant,<br><br>　　v.<br><br>THREAD PIT, INC.,<br><br>　　　　Defendant / Counterclaim-Plaintiff. | Case No. 2:14-cv-08996-GW-PLA<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER** |

　　Having considered the request by the parties to enter the Stipulated Protective Order, and for good cause, the request is GRANTED.

　　SO ORDERED this 4th day of May, 2015.

*Paul L. Abrams*
_____
Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE