JS-6

1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11 **WESTERN DIVISION**

12

13 CHRISTOPHER GORDON,

Case No. CV 14-8996-GW(PLAx)

14       Plaintiff / Counterclaim-
       Defendant,

**ORDER DISMISSING ACTION
WITH PREJUDICE**

15

16    v.

17 THREAD PIT, INC.,

18       Defendant / Counterclaim-
       Plaintiff.

19

20

21

22

23

24

25

26

27

28

1                                **<u>ORDER</u>**

2          The Court, having considered the Stipulation of Plaintiff Christopher Gordon,

3 on the one hand, and Defendant Thread Pit, Inc., on the other hand, and for good

4 cause shown, it is HEREBY ORDERED that:

5          The above-captioned action, is dismissed in its entirety with prejudice,

6 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

7          Each party to bear its own attorneys' fees and costs.

8

9 **IT IS SO ORDERED.**

10

11 Dated: July 24, 2015              ___*George H. Wu*_____
                                  GEORGE H. WU, U.S. District Judge

12

13 Presented by:

14 KRANE & SMITH, APC
DANIEL REBACK (Bar No. 239884)

15

16 *Attorneys for Plaintiff*
*CHRISTOPHER GORDON*

17

18

19

20

21

22

23

24

25

26

27

28